# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERETT JOSEPH JEWETT,<br><br>            Plaintiff,<br><br>     vs.<br><br>CALIFORNIA FORENSIC MEDICAL GROUP, SHASTA COUNTY SHERIFF'S DEPARTMENT; CALIFORNIA FORENSIC MEDICAL GROUP, INC.; DR. JEREMY AUSTIN; MARY BARNS; JAMES ROEMECH,<br><br>            Defendants. | Case No. 2:13-cv-00882 MCE AC<br><br>[~~PROPOSED~~] ORDER |

On March 2, 2015, defendant SHASTA COUNTY filed a motion for an order extending the cut-off dates for discovery and dispositive motions.

Good cause appearing, IT IS HEREBY ORDERED that said motion is GRANTED, the April 1, 2015 hearing is VACATED, and that Scheduling Order (Dkt. No. 30) is revised as follows:

Discovery:  The parties may conduct discovery until September 9, 2015.

All pretrial motions, except motions to compel discovery, shall be filed on or before December 2, 2015.

DATED: March 4, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE