UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERETT JEWETT,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA FORENSIC MEDICAL GROUP, et al.,<br><br>    Defendants. | No. 2:13-cv-0882 MCE AC P<br><br><br>ORDER |

On August 25, 2015, the parties through their attorneys of record filed a Stipulation and Joint Request for an Order extending the cut-off date for discovery and the deadline for dispositive motions. ECF No. 49. Good cause appearing, the motion is granted.

Accordingly, IT IS HEREBY ORDERED that the discovery deadline of September 9, 2015 and the dispositive motion deadline of December 2, 2015 are vacated. The Discovery and Scheduling Order (ECF No. 30) is hereby revised as follows:

1. The parties may conduct discovery until March 15, 2016 to conduct discovery.
2. All pretrial motions, except motions to compel discovery, shall be filed on or before June 15, 2016.

DATED: August 28, 2015

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE