Jon A. Atabek (SBN 269497)
*jatabek@atabeklaw.com*
ATABEK & ASSOCIATES
57 Bianco
Irvine, California 92618
Tel: (213) 394-5943; Fax: (213) 402-3413

Anna Rivera (SBN 239601)
*Anna.Rivera@drlcenter.org*
Kara Janssen (SBN 274762)
*Kara.Janssen@drlcenter.org*
Jonathan Gibson (SBN 300306)
*Jonathan.Gibson@drlcenter.org*
DISABILITY RIGHTS LEGAL CENTER
256 S. Occidental Blvd., Suite B
Los Angeles, California 90057
Tel: (213) 736-1031; Fax: (213) 736-1428
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERETT JEWETT,<br><br>              Plaintiff,<br>       vs.<br><br>SHASTA COUNTY SHERIFF'S DEPARTMENT, a public entity; CALIFORNIA FORENSIC MEDICAL GROUP, INC. a private entity, and DR. JEREMY AUSTIN, MARY BARNS, and JAMES ROEMECH,<br><br>              Defendants. | Case No.: 2:13-cv-0882 MCE AC (PC)<br><br>**[PROPOSED] ORDER TO VACATE DISCOVERY CUTOFF AND DISPOSITIVE MOTION DEADLINES** |

On March 14, 2016, the parties, through their attorneys of record, filed a Stipulation and Joint Request for an Order extending the cut-off date for discovery and the deadline for filing of dispositive motions. ECF No. 55. Good cause appearing, the motion is granted.

///

///

///

///

Accordingly, IT IS HEREBY ORDERED, that the discovery cut-off of March 15, 2016 and the dispositive motion deadline of June 15, 2016 are vacated. Plaintiff will file, or seek leave to file, Plaintiff's amended complaint within sixty (60) days of this order.

Dated: March 15, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE