1  KEKER & VAN NEST LLP
   STEVEN P. RAGLAND - # 221076
2  sragland@kvn.com
   AJAY S. KRISHNAN - # 222476
3  akrishnan@kvn.com
   TAYLOR GOOCH - # 294282
4  tgooch@kvn.com
   633 Battery Street
5  San Francisco, CA 94111-1809
   Telephone:    415 391 5400
6  Facsimile:    415 397 7188

7  ATABEK & ASSOCIATES
   Jon A. Atabek, Esq. - # 269497
8  57 Bianco
   Irvine, CA 92618
9  Telephone:    213 394 5943
   Facsimile:    213 402 3413

10 DISABILITY RIGHTS LEGAL CENTER
11 Anna Rivera - # 239601
   Anna.Rivera@drlcenter.org
12 Kara Janssen - # 274762
   256 S. Occidental Blvd., Suite B
13 Los Angeles, CA 90057
   Telephone:    213 736 1031
14 Facsimile:    213 736 1428

15 Attorneys for Plaintiffs EVERETT JEWETT

LAW OFFICES OF JEROME M. VARANINI
JEROME MARTIN VARANINI - # 58531
jvaranini@tsvlaw.com
641 Fulton Avenue, Suite 200
Sacramento, CA 95825
Telephone:    916 993 4868
Facsimile:    916 993 6750

Attorneys for Defendants CALIFORNIA
FORENSIC MEDICAL GROUP, INC., DR.,
JEREMY AUSTIN, MARY BARNES, AND
JAMES ROEMMICH

BRICKWOOD LAW OFFICE
GARY CHARLES BRICKWOOD - # 94892
office@brickwoodlaw.com
1135 Pine Street, Suite 210
Redding, CA 96001
Telephone:    530 245 1877
Facsimile:    530 245 1879

Attorney for Defendant SHASTA COUNTY
SHERIFF'S DEPARTMENT

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERETT JEWETT,<br><br>              Plaintiffs,<br><br>       v.<br><br>SHASTA COUNTY SHERIFF'S DEPARTMENT, A PUBLIC ENTITY; Dr. JEREMY AUSTIN, an individual; MARY BARNS, an individual; JAMES ROEMECH, an individual; Tom Bosenko, as Sheriff of the Shasta County, and SHASTA COUNTY, a public entity; and CALIFORNIA FORENSIC MEDICAL GROUP, INC. a private entity,<br><br>              Defendants. | Case No. 2:13-cv-0882 MCE AC (PC)<br><br>**STIPULATION AND ORDER RE MOTION FOR AN EXTENSION TO FILE PLAINTIFF'S FIFTH AMENDED COMPLAINT**<br><br>Date Filed:  May 16, 2013<br><br>Trial Date: |

The parties, through their attorneys of record, stipulate and jointly request that the Court extend the deadline to either file, or seek leave to file, Plaintiff's Amended Complaint.  The parties have stipulated to a 14-day extension.

1.   The parties have previously filed, and been granted, three requests for an extension of the discovery cut-off date and dispositive motion deadline.  The parties' prior requests for an extension of the discovery cut-off were granted on March 4, 2015, August 28, 2015, and March 16, 2016.

2.   This is the parties' first request for an extension of Plaintiff's deadline to file, or seek leave to file, Plaintiff's Amended Complaint.  Plaintiff transmitted a copy of the Amended Complaint to Defendants on Tuesday, May 10, 2016.  The Defendants requested additional time to review the Amended Complaint so that they may consider whether to stipulate to the Amended Complaint's filing.  The Plaintiff believes this request to be reasonable as a stipulation would avoid additional motion practice.

3.   The parties hereby stipulate and jointly request that the Court extend the due date for Plaintiff to file, or seek leave to file, its amended complaint by 14-days.


Dated:  May 13, 2016                                 KEKER & VAN NEST LLP



                                                     By:   /s/ Steven P. Ragland
                                                           STEVEN P. RAGLAND
                                                           AJAY S. KRISHNAN
                                                           TAYLOR GOOCH

                                                           Attorneys for Plaintiffs
                                                           EVERETT JEWETT
Dated:  May 13, 2016                                       LAW OFFICES OF JEROME M.
                                                           VARANINI



                                                     By:   /s/ Jerone Varanini
                                                           JEROME MARTIN VARANINI

                                                           Attorneys for Defendants
                                                           CALIFORNIA FORENSIC MEDICAL
                                                           GROUP, INC., DR., JEREMY AUSTIN,
                                                           MARY BARNES, AND JAMES
                                                           ROEMMICH

1

1059959.01

Dated:  May 13, 2016                               BRICKWOOD LAW OFFICE


By:   /s/*Gary Charles Brickwood*
      GARY CHARLES BRICKWOOD

      Attorneys for Defendant SHASTA
      COUNTY SHERIFF'S DEPARTMENT


    I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.


## ORDER RE MOTION FOR AN EXTENSION TO FILE PLAINTIFF'S FIFTH AMENDED COMPLAINT

    On May 13, 2016, the parties, through their attorneys of record, filed a Stipulation and Joint Motion for an Extension to File Plaintiff's Fifth Amended Complaint.  Good cause appearing, the motion is granted.

    Accordingly, IT IS HEREBY ORDERED, that the deadline of May 16, 2016 to file, or seek leave to file, Plaintiff's Amended Complaint is extended to May 30, 2016.

    IT IS SO ORDERED.

**Dated:  May 16, 2016**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2