KEKER & VAN NEST LLP
STEVEN P. RAGLAND - # 221076
sragland@kvn.com
AJAY S. KRISHNAN - # 222476
akrishnan@kvn.com
TAYLOR GOOCH - # 294282
tgooch@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

ATABEK & ASSOCIATES
JON A. ATABEK, Esq. - # 269497
57 Bianco
Irvine, CA 92618
Telephone:    213 394 5943
Facsimile:    213 402 3413

DISABILITY RIGHTS LEGAL CENTER
ANNA RIVERA - # 239601
Anna.Rivera@drlcenter.org
KARA JANSSEN - # 274762
256 S. Occidental Blvd., Suite B
Los Angeles, CA 90057
Telephone:    213 736 1031
Facsimile:    213 736 1428

Attorneys for Plaintiffs EVERETT JEWETT

LAW OFFICES OF JEROME M. VARANINI
JEROME MARTIN VARANINI - # 58531
jvaranini@tsvlaw.com
641 Fulton Avenue, Suite 200
Sacramento, CA 95825
Telephone:    916 993 4868
Facsimile:    916 993 6750

Attorneys for Defendants CALIFORNIA
FORENSIC MEDICAL GROUP, INC.

BRICKWOOD LAW OFFICE
GARY CHARLES BRICKWOOD - # 94892
office@brickwoodlaw.com
1135 Pine Street, Suite 210
Redding, CA 96001
Telephone:    530 245 1877
Facsimile:    530 245 1879

Attorney for Defendant SHASTA COUNTY
SHERIFF'S DEPARTMENT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERETT JEWETT,<br><br>            Plaintiffs,<br><br>     v.<br><br>SHASTA COUNTY SHERIFF'S DEPARTMENT, A PUBLIC ENTITY; Dr. JEREMY AUSTIN, an individual; MARY BARNS, an individual; JAMES ROEMECH, an individual; Tom Bosenko, as Sheriff of the Shasta County, and SHASTA COUNTY, a public entity; and CALIFORNIA FORENSIC MEDICAL GROUP, INC. a private entity,<br><br>            Defendants. | Case No. 2:13-cv-0882 MCE AC (PC)<br><br>**JOINT STIPULATION AND ORDER GRANTING PLAINTIFF LEAVE TO FILE FIFTH AMENDED COMPLAINT**<br><br>Date Filed: May 16, 2013<br><br>Trial Date: Not Assigned |

JOINT STIPULATION AND ORDER GRANTING
PLAINTIFFS PERMISSION TO FILE FIFTH AMENDED COMPLAINT
Case No. 2:13-cv-0882 MCE AC (PC)

1062672.01

The parties, through their attorneys of record, stipulate and jointly agree to the filing of Plaintiff's Fifth Amended Complaint.

1. The parties have previously filed, and been granted, three requests for an extension of the discovery cut-off date dispositive motion deadline and one request for an extension to file a fifth amended complaint. The parties' prior requests for an extension of the discovery cut-off were granted on March 4, 2015, August 28, 2015, and March 16, 2016. The parties' prior request for an extension to file a fifth amended complaint was granted on May 17, 2016.

2. The Proposed Amended Complaint would be Plaintiff's fifth amended complaint and Plaintiff's first amended complaint while represented by counsel.

3. The proposed Fifth Amended Complaint would cause the following changes:

   A. Add Defendants Shasta County, Sheriff Tom Bosenko, named solely in his official capacity in the injunctive relief claims only, and Does 1 through 25;

   B. remove Defendants Dr. Jeremy Austin, Mary Barns, and James Roemech;

   C. add claims against Defendants Shasta County Sheriff's Department, Tom Bosenko, Shasta County, and California Forensic Medical Group, under Section 504 of the Rehabilitation Act of 1973 (29 U.S.C. § 794 et seq.), California Government Code Section 11135, et seq. and California Government Code § 4450, et seq.,;

   D. add a claim against all Defendants under the Bane Act (California Civil Code Section 52.1);

   E. add a claim against California Forensic Medical Group under the Unruh Civil Rights Act (Cal. Civil Code §51, et seq.) and Title III of the Americans with Disabilities Act (42 U.S.C § 12181 *et. seq.*;

   F. add the following individual plaintiffs who seek injunctive and declaratory relief arising out of the same policies and procedures that were challenged in the Fourth Amended Complaint: Glen Harold Everett, Michael Donald Ackley, and Harold Robert Marquette;

   G. add Legal Services for Prisoners with Children ("LSPC") as an organizational plaintiff;

   H. amend these claims for injunctive relief such that they are made on a class-wide basis.

  4. The parties collectively agree that Defendants reserve the right to challenge class certification.

  5. Defendants request 45 days from filing of the Fifth Amended Complaint to answer or otherwise respond to the Complaint.

  6. The parties collectively request leave from the Court to allow for the filing of the Fifth Amended Complaint attached hereto as Exhibit A.

Dated: May 25, 2016   KEKER & VAN NEST LLP

By: */s/ Taylor Gooch*
  STEVEN P. RAGLAND
  AJAY S. KRISHNAN
  TAYLOR GOOCH

Attorneys for Plaintiffs
EVERETT JEWETT

Dated: May 25, 2016   LAW OFFICES OF JEROME M. VARANINI

By: */s/ Jerome Varanini* (as authorized on May 25, 2016)
  JEROME MARTIN VARANINI

Attorneys for Defendants
CALIFORNIA FORENSIC MEDICAL GROUP, INC., DR., JEREMY AUSTIN, MARY BARNES, AND JAMES ROEMMICH

Dated: May 25, 2016   BRICKWOOD LAW OFFICE

By: */s/Gary Charles Brickwood* (as authorized on May 25, 2016)
  GARY CHARLES BRICKWOOD

Attorneys for Defendant SHASTA COUNTY SHERIFF'S DEPARTMENT

2
JOINT STIPULATION AND ORDER GRANTING
PLAINTIFFS PERMISSION TO FILE FIFTH AMENDED COMPLAINT
Case No. 2:13-cv-0882 MCE AC (PC)

1062672.01

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

**ORDER**

On May 25, 2016, the parties, through their attorneys of record, filed a Joint Stipulation and [Proposed] Order granting the filing of Plaintiff's Fifth Amended Complaint. Good cause appearing, the motion is granted.

Accordingly, IT IS HEREBY ORDERED that the Court grants leave for Plaintiff to file a Fifth Amended Complaint.

IT IS SO ORDERED.

**Dated: June 1, 2016**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3
JOINT STIPULATION AND ORDER GRANTING
PLAINTIFFS PERMISSION TO FILE FIFTH AMENDED COMPLAINT
Case No. 2:13-cv-0882 MCE AC (PC)

1062672.01