KEKER & VAN NEST LLP
STEVEN P. RAGLAND - # 221076
sragland@kvn.com
AJAY S. KRISHNAN - # 222476
akrishnan@kvn.com
TAYLOR GOOCH - # 294282
tgooch@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400

ATABEK & ASSOCIATES, P.C.
JON A. ATABEK, ESQ. - # 269497
jatabek@atabeklaw.com
300 Spectrum Center Dr., Ste.400
Irvine, CA 92618
Telephone:    213 394 5943

DISABILITY RIGHTS LEGAL CENTER
MARONEL BARAJAS - #242044
maronel.barajas@drlcenter.org
ANNA RIVERA - # 239601
anna.rivera@drlcenter.org
350 S. Grand Avenue, Suite 1520
Los Angeles, CA 90071
Telephone:    213 736 1031

Attorneys for Plaintiffs
EVERETT JEWETT, LEGAL SERVICES
FOR PRISONERS WITH CHILDREN, GLEN
HAROLD EVERETT, MICHAEL DONALD
ACKLEY, HAROLD ROBERT MARQUETTE

LAW OFFICES OF JEROME VARANINI
JEROME MARTIN VARANINI - #58531
jvaranini@tsvlaw.com
641 Fulton Avenue, Suite 200
Sacramento, CA 95825
Telephone:    916-993-4868

Attorney for Defendant
CALIFORNIA FORENSIC MEDICAL
GROUP, INC.

BRICKWOOD LAW OFFICE
Gary Charles Brickwood
office@brickwoodlaw.com
1135 Pine Street, Suite 210
Redding, CA 96001
Telephone:  530-245-1877

Attorney for Defendants SHASTA
COUNTY SHERIFF'S DEPARTMENT,
TOM BOSENKO, in his official capacity,
and SHASTA COUNTY

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

EVERETT JEWETT, LEGAL SERVICES FOR PRISONERS WITH CHILDREN, GLEN HAROLD EVERETT, MICHAEL DONALD ACKLEY, HAROLD ROBERT MARQUETTE, on behalf of themselves and all others similarly situated,

                    Plaintiffs,

        v.

SHASTA COUNTY SHERIFF'S DEPARTMENT, a public entity; TOM BOSENKO, as Sheriff of the Shasta County; SHASTA COUNTY, a public entity; and CALIFORNIA FORENSIC MEDICAL GROUP, INC. a private entity; and DOES 1 through 25, in their individual capacities,

                    Defendants.

Case No. 2:13-cv-0882 MCE AC (PC)

**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING CASE DEADLINES**

Judge:       Hon. Allison Claire

Date Filed:  May 6, 2013

Trial Date:

1142654

The parties, through their attorneys of record, stipulate and jointly request that the Court vacate the current case schedule and reset all dates for six months from the current dates for the following reasons:

1. The parties have previously filed, and been granted, three requests for an extension of discovery cut-off and dispositive motion deadline.  The parties' prior requests for an extension of the discovery cut-off were granted on March 4, 2015, August 28, 2015, and March 16, 2016.  Since the Court's March 16, 2016 order, the parties have engaged in written discovery and Plaintiffs have filed a motion for Class Certification.

2. The parties are currently engaged in settlement negotiations and need additional time for these negotiations.

3. The parties hereby stipulate and jointly request the Court vacate the present discovery cut-off and deadlines for filing of dispositive motions contained in the October 20, 2016 Order.

4. The parties hereby stipulate and jointly request the Court set the following scheduling order:

   a. Fact discovery shall be completed by November 1, 2017.  Motions to compel must be heard not later than October 10, 2017.

   b. Initial expert disclosures shall be made on or before January 10, 2018; rebuttal expert disclosures shall be made on or before February 1, 2018.

   c. The parties are ordered to file a Joint Notice of Trial Readiness not later than thirty (30) days after receiving the Court's ruling(s) on the last filed dispositive motion(s).  If the parties do not intend to file dispositive motions, the parties are ordered to file a Joint Notice of Trial Readiness not later than thirty (30) days after the close of discovery and the notice must include statements of intent to forgo the filing of dispositive motions.  After review of the parties' Joint Notice of Trial Readiness, the Court will issue an order that sets forth dates for a final pretrial conference and trial.

   d. Failure to comply with the terms of this order may result in the imposition of

**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING CASE DEADLINES**
Case No. 2:13-cv-0882 MCE AC (PC)

1142654

monetary and all other sanctions within the power of the court, including

dismissal or an order of judgment.

5.   The parties submit concurrently with this stipulation a proposed order for

consideration by the Court.

Dated:  January 31, 2017

KEKER & VAN NEST LLP

By:  *s/Taylor Gooch*
      TAYLOR GOOCH

STEVEN P. RAGLAND - # 221076
sragland@kvn.com
AJAY S. KRISHNAN - # 222476
akrishnan@kvn.com
TAYLOR GOOCH - # 294282
tgooch@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400

JON A. ATABEK, ESQ. - # 269497
ATABEK & ASSOCIATES, P.C.
jatabek@atabeklaw.com
300 Spectrum Center Dr., Ste.400
Irvine, CA 92618
Telephone:    213 394 5943

MARONEL BARAJAS - #242044
Maronel.Barajas@drlcenter.org
ANNA RIVERA - # 239601
DISABILITY RIGHTS LEGAL CENTER
Anna.Rivera@drlcenter.org
350 S. Grand Avenue, Suite 1520
Los Angeles, CA 90071
Telephone:    213 736 1031

Attorneys for Plaintiffs
EVERETT JEWETT, LEGAL SERVICES
FOR PRISONERS WITH CHILDREN, GLEN
HAROLD EVERETT, MICHAEL DONALD
ACKLEY, HAROLD ROBERT
MARQUETTE

    ////

    ////

Dated:  January 31, 2017

LAW OFFICES OF JEROME M. VARANINI

By:  *s/Jerome Martin Varanini* (as authorized
on January 31, 2017)
JEROME MARTIN VARANINI
jvaranini@tsvlaw.com
641 Fulton Avenue, Suite 200
Sacramento, CA 95825

Attorney for Defendant
CALIFORNIA FORENSIC MEDICAL
GROUP, INC.

Dated:  February 2, 2017

BRICKWOOD LAW OFFICE

By:  *s/Gary Charles Brickwood*  (as authorized
on February 2, 2017)
GARY CHARLES BRICKWOOD
office@brickwoodlaw.com
1135 Pine Street, Suite 210
Redding, CA 96001
Telephone:  530 245 1877

Attorney for Defendants SHASTA COUNTY
SHERIFF'S DEPARTMENT, TOM
BOSENKO, AND SHASTA COUNTY

**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER EXTENDING CASE DEADLINES**
Case No. 2:13-cv-0882 MCE AC (PC)

1142654

1
**[Proposed] ORDER**

2   On February 2, 2017 the parties, through their attorneys of record, filed a Joint Stipulation

3 and [proposed] Order Extending Case Deadlines.  Good cause appearing, the motion is granted.

4   Accordingly, IT IS HEREBY ORDERED:

5  1. The present discovery cut-off and deadlines for filing of dispositive motions contained

6    in the October 20, 2016 Order are vacated.

7  2. Fact discovery shall be completed by November 1, 2017.  Motions to compel must be

8    heard not later than October 10, 2017.

9  3. Initial expert disclosures shall be made on or before January 10, 2018; rebuttal expert

10    disclosures shall be made on or before February 1, 2018.

11  4. The parties are ordered to file a Joint Notice of Trial Readiness not later than thirty

12    (30) days after receiving the Court's ruling(s) on the last filed dispositive motion(s).  If

13    the parties do not intend to file dispositive motions, the parties are ordered to file a

14    Joint Notice of Trial Readiness not later than thirty (30) days after the close of

15    discovery and the notice must include statements of intent to forgo the filing of

16    dispositive motions.  After review of the parties' Joint Notice of Trial Readiness, the

17    Court will issue an order that sets forth dates for a final pretrial conference and trial.

18  5. Failure to comply with the terms of this order may result in the imposition of monetary

19    and all other sanctions within the power of the court, including dismissal or an order

20    of judgment.

21

22  IT IS SO ORDERED.

23

24 DATED: February 2, 2017

25 _____
ALLISON CLAIRE
26 UNITED STATES MAGISTRATE JUDGE

27

28

3

1142654