UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERETT JEWETT, et al., | No. 2:13-cv-0882 MCE AC P |
| Plaintiffs, | |
| v. | ORDER |
| CALIFORNIA FORENSIC MEDICALGROUP, INC. et al., | |
| Defendants. | |

Plaintiffs have filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 13, 2017, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. ECF No. 90. Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

////

///

1

1. The findings and recommendations filed March 13, 2017 (ECF No. 90), are ADOPTED IN FULL.

2. Plaintiffs' motion for class certification (ECF No. 83) is GRANTED.

3. The following class is certified pursuant to Rule 23(b)(2) of the Federal Rules of Civil Procedure: "All current and future detainees and prisoners at Shasta County Jail with mobility disabilities who, because of their disabilities, need appropriate accommodations, modifications, services, and and/or physical access in accordance with federal and state disability laws."

4. Keker & Van Nest LLP, Disability Rights Legal Center, and Atabek & Associates, P.C. are appointed class counsel.

IT IS SO ORDERED.

Dated:  April 4, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE