| | |
|---|---|
| 1 | KEKER, VAN NEST & PETERS LLP |
| | STEVEN P. RAGLAND - # 221076 |
| 2 | sragland@keker.com |
| | AJAY S. KRISHNAN - # 222476 |
| 3 | akrishnan@keker.com |
| | TAYLOR GOOCH - # 294282 |
| 4 | tgooch@keker.com |
| | 633 Battery Street |
| 5 | San Francisco, CA 94111-1809 |
| | Telephone: 415 391 5400 |

ATABEK & ASSOCIATES, P.C.
JON A. ATABEK, ESQ. - # 269497
jatabek@atabeklaw.com
300 Spectrum Center Dr., Ste. 400
Irvine, CA 92618
Telephone: 213 394 5943

DISABILITY RIGHTS LEGAL CENTER
MARONEL BARAJAS - #242044
maronel.barajas@drlcenter.org
ANNA RIVERA - # 239601
anna.rivera@drlcenter.org
350 S. Grand Avenue, Suite 1520
Los Angeles, CA 90071
Telephone: 213 736 1031

Attorneys for Plaintiffs
EVERETT JEWETT, LEGAL SERVICES FOR PRISONERS
WITH CHILDREN, GLEN HAROLD EVERETT, MICHAEL
DONALD ACKLEY, HAROLD ROBERT MARQUETTE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERETT JEWETT, LEGAL SERVICES FOR PRISONERS WITH CHILDREN, GLEN HAROLD EVERETT, MICHAEL DONALD ACKLEY, HAROLD ROBERT MARQUETTE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>SHASTA COUNTY SHERIFF'S DEPARTMENT, a public entity; TOM BOSENKO, as Sheriff of the Shasta County; SHASTA COUNTY, a public entity; and CALIFORNIA FORENSIC MEDICAL GROUP, INC. a private entity; and DOES 1 through 25, in their individual capacities,<br><br>Defendants. | Case No. 2:13-cv-0882 MCE AC (PC)<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO APPEAR VIA PHONE AT MANDATORY SETTLEMENT CONFERENCE**<br><br>Date: May 18, 2017<br>Time: 9:00 a.m.<br>Dept.: Courtroom 26 (AC)<br>Judge: Hon. Allison Claire<br><br>Date Filed: May 6, 2013<br><br>Trial Date: |

STIPULATED REQUEST AND [PROPOSED] ORDER TO APPEAR VIA PHONE AT MANDATORY
SETTLEMENT CONFERENCE
Case No. 2:13-cv-0882 MCE AC (PC)

1160476.01

WHEREAS, a Plaintiff in this action, Everett Jewett, CDCR No. AV3189, is confined at the California Medical Facility, Vacaville, CA 95696, in the custody of the Warden;

WHEREAS, the above matter was referred to United States Magistrate Judge Allison Claire for settlement purposes;

WHEREAS, Magistrate Judge Allison Claire set a mandatory settlement conference for May 18, 2017 at 9:00 a.m. in Courtroom 26 (AC), 8th Floor, United States District Court for the Eastern District of California, 501 I Street, Sacramento, CA 95814;

WHEREAS, in the March 13, 2017 Order, Magistrate Judge Claire ordered that personal attendance is mandatory;

WHEREAS, in light of Plaintiff's incarceration at the California Medical Facility in Vacaville, California, transporting Plaintiff to appear at the settlement conference would cause significant hardship on Plaintiff as well as require expenditure of significant costs to facilitate that appearance;

WHEREAS, Defendants agreed to not oppose Plaintiff's request for an order of the Court allowing Plaintiff to appear at the settlement conference by phone;

THEREFORE, pursuant to Local Rule 143, Plaintiff and Defendants, through counsel, hereby submit this stipulated request that the Court allow Plaintiff to appear by phone at the settlement conference scheduled for May 18, 2017 at 9:00 a.m. at Courtroom No.26, Eighth Floor, 501 I Street, Sacramento, CA 95814.

1
STIPULATED REQUEST AND [PROPOSED] ORDER TO APPEAR VIA PHONE
AT MANDATORY SETTLEMENT CONFERENCE
Case No. 2:13-cv-0882 MCE AC (PC)

1160476.01

**IT IS SO STIPULATED:**

Dated: April 25, 2017                               KEKER, VAN NEST & PETERS LLP
                                                                     ATABEK & ASSOCIATES, P.C.
                                                                     DISABILITY RIGHTS LEGAL CENTER

By:    */s/ Taylor Gooch*
        STEVEN P. RAGLAND
        AJAY S. KRISHNAN
        TAYLOR GOOCH

Attorneys for Plaintiffs
EVERETT JEWETT, LEGAL SERVICES FOR PRISONERS WITH CHILDREN, GLEN HAROLD EVERETT, MICHAEL DONALD ACKLEY, HAROLD ROBERT MARQUETTE

Dated: April 25, 2017                               LAW OFFICES OF JEROME M. VARANINI

By:    /s/ *Jerome Martin Varanini (as authorized on 4/24/2017)*
        JEROME MARTIN VARANINI

Attorneys for Defendants
CALIFORNIA FORENSIC MEDICAL GROUP, INC., DR., JEREMY AUSTIN, MARY BARNES, AND JAMES ROEMMICH

Dated: April 25, 2017                               BRICKWOOD LAW OFFICE

By:    /s/ *Gary Charles Brickwood (as authorized on 4/24/2017)*
        GARY CHARLES BRICKWOOD

Attorneys for Defendant SHASTA COUNTY SHERIFF'S DEPARTMENT

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

2
STIPULATED REQUEST AND [PROPOSED] ORDER TO APPEAR VIA PHONE
AT MANDATORY SETTLEMENT CONFERENCE
Case No. 2:13-cv-0882 MCE AC (PC)

1160476.01

1 **IT IS SO ORDERED**

2 DATED: April 27, 2017

*Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

3
STIPULATED REQUEST AND [PROPOSED] ORDER TO APPEAR VIA PHONE
AT MANDATORY SETTLEMENT CONFERENCE
Case No. 2:13-cv-0882 MCE AC (PC)

1160476.01