| | |
|---|---|
| 1 | KEKER, VAN NEST & PETERS LLP |
| | STEVEN P. RAGLAND - # 221076 |
| 2 | sragland@keker.com |
| | AJAY S. KRISHNAN - # 222476 |
| 3 | akrishnan@keker.com |
| | TAYLOR GOOCH - # 294282 |
| 4 | tgooch@keker.com |
| | 633 Battery Street |
| 5 | San Francisco, CA 94111-1809 |
| | Telephone: 415 391 5400 |
| 6 | |
| | ATABEK & ASSOCIATES, P.C. |
| 7 | JON A. ATABEK, ESQ. - # 269497 |
| | jatabek@atabeklaw.com |
| 8 | 300 Spectrum Center Dr., Ste. 400 |
| | Irvine, CA 92618 |
| 9 | Telephone: 213 394 5943 |
| 10 | DISABILITY RIGHTS LEGAL CENTER |
| | MARONEL BARAJAS - #242044 |
| 11 | maronel.barajas@drlcenter.org |
| | ANNA RIVERA - # 239601 |
| 12 | anna.rivera@drlcenter.org |
| | 350 S. Grand Avenue, Suite 1520 |
| 13 | Los Angeles, CA 90071 |
| | Telephone: 213 736 1031 |

Attorneys for Plaintiffs
EVERETT JEWETT, LEGAL SERVICES FOR PRISONERS
WITH CHILDREN, GLEN HAROLD EVERETT, MICHAEL
DONALD ACKLEY, HAROLD ROBERT MARQUETTE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERETT JEWETT, LEGAL SERVICES FOR PRISONERS WITH CHILDREN, GLEN HAROLD EVERETT, MICHAEL DONALD ACKLEY, HAROLD ROBERT MARQUETTE, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>SHASTA COUNTY SHERIFF'S DEPARTMENT, a public entity; TOM BOSENKO, as Sheriff of the Shasta County; SHASTA COUNTY, a public entity; and CALIFORNIA FORENSIC MEDICAL GROUP, INC. a private entity; and DOES 1 through 25, in their individual capacities,<br><br>　　　　　Defendants. | Case No. 2:13-cv-0882 MCE AC (PC)<br><br>**STIPULATION AND [PROPOSED] WRIT OF HABEAS CORPUS AD TESTIFICANDUM**<br><br>Date:　　May 18, 2017<br>Time:　　9:00 a.m.<br>Dept.:　　Courtroom 26 (AC)<br>Judge:　　Hon. Allison Claire<br><br>Date Filed: May 6, 2013<br><br>Trial Date: |

## STIPULATION

WHEREAS, the Plaintiff in this action, Everett Jewett, CDCR No. AV3189 is confined at the California Medical Facility, Vacaville, CA 95696, in the custody of the Warden;

WHEREAS, the above matter was referred to Magistrate Judge Allison Claire for settlement purposes;

WHEREAS, in its March 13, 2017 Order, Magistrate Judge Allison Claire set a mandatory settlement conference for May 18, 2017 at 9:00 a.m. at Courtroom No.26 (AC), 8TH Floor, United States District Court for the Eastern District of California, 501 I Street, Sacramento, CA 95814;

WHEREAS, simultaneously herewith Plaintiff files a Stipulated Request to Appear Via Phone at the Mandatory Settlement Conference;

WHEREAS, Defendant agreed to not oppose Plaintiff's request for an order of the Court to produce Plaintiff to the settlement conference by phone;

WHEREAS, in order to secure the attendance of Plaintiff at the settlement conference via phone, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the custodian of Everett Jewett to produce said inmate to the settlement conference by phone;

THEREFORE, pursuant to Local Rule 143, Plaintiff and Defendant, through counsel, hereby submit this stipulated request for a Writ of Habeas Corpus Ad Testificandum.

//
//
//
//
//
//
//

| | | |
|---|---|---|
| Dated: 4/25/2017 | | KEKER, VAN NEST & PETERS LLP<br>ATABEK & ASSOCIATES, P.C.<br>DISABILITY RIGHTS LEGAL CENTER |
| | By: | */s/ Taylor Gooch*<br>STEVEN P. RAGLAND<br>AJAY S. KRISHNAN<br>TAYLOR GOOCH |

Attorneys for Plaintiffs
EVERETT JEWETT, LEGAL SERVICES FOR PRISONERS WITH CHILDREN, GLEN HAROLD EVERETT, MICHAEL DONALD ACKLEY, HAROLD ROBERT MARQUETTE

| | | |
|---|---|---|
| Dated: 4/25/2017 | | LAW OFFICES OF JEROME M. VARANINI |
| | By: | /s/ *Jerome Martin Varanini (as authorized on 4/24/2017)*<br>JEROME MARTIN VARANINI |

Attorneys for Defendants
CALIFORNIA FORENSIC MEDICAL GROUP, INC., DR., JEREMY AUSTIN, MARY BARNES, AND JAMES ROEMMICH

| | | |
|---|---|---|
| Dated: 4/25/2017 | | BRICKWOOD LAW OFFICE |
| | By: | /s/ *Gary Charles Brickwood (as authorized on 4/24/2017)*<br>GARY CHARLES BRICKWOOD |

Attorneys for Defendant SHASTA COUNTY SHERIFF'S DEPARTMENT

<h1>[PROPOSED] WRIT</h1>

**TO: THE WARDEN OF THE CALIFORNIA MEDICAL FACILITY, 1600 CALIFORNIA DRIVE, VACAVILLE, CALIFORNIA, 95687:**

The Court orders you to produce state prisoner Plaintiff Everett Jewett, CDCR No. AV3189 to participate by phone in a settlement conference before Magistrate Judge Allison Claire, on May 18, 2017 from 9:00 a.m. until completion of the conference or as ordered by Magistrate Judge Claire. Plaintiff Everett Jewett shall be available by phone within 15 minutes notice during the settlement conference. Magistrate Judge Claire will hold the conference at the United States District Court, Eastern District of California, 501 I Street, Sacramento, California, Courtroom 26 (AC), 8th Floor, at 9:00 a.m. If the prisoner is no longer in your custody, the Court orders you to notify the Court of the change in custody and provide the new custodian a copy of this writ.

**IT IS SO ORDERED**.

DATED: April 27, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE