KEKER, VAN NEST & PETERS LLP
STEVEN P. RAGLAND - # 221076
sragland@keker.com
AJAY S. KRISHNAN - # 222476
akrishnan@keker.com
TAYLOR GOOCH - # 294282
tgooch@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400

ATABEK & ASSOCIATES, P.C.
JON A. ATABEK, ESQ. - # 269497
jatabek@atabeklaw.com
300 Spectrum Center Dr., Ste. 400
Irvine, CA 92618
Telephone: 213 394 5943

DISABILITY RIGHTS LEGAL CENTER
MARONEL BARAJAS - #242044
maronel.barajas@drlcenter.org
ANNA RIVERA - # 239601
anna.rivera@drlcenter.org
350 S. Grand Avenue, Suite 1520
Los Angeles, CA 90071
Telephone: 213 736 1031

Attorneys for Plaintiffs
EVERETT JEWETT, LEGAL SERVICES FOR PRISONERS
WITH CHILDREN, GLEN HAROLD EVERETT, MICHAEL
DONALD ACKLEY, HAROLD ROBERT MARQUETTE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERETT JEWETT, LEGAL SERVICES FOR PRISONERS WITH CHILDREN, GLEN HAROLD EVERETT, MICHAEL DONALD ACKLEY, HAROLD ROBERT MARQUETTE, on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>SHASTA COUNTY SHERIFF'S DEPARTMENT, a public entity; TOM BOSENKO, as Sheriff of the Shasta County; SHASTA COUNTY, a public entity; and CALIFORNIA FORENSIC MEDICAL GROUP, INC. a private entity; and DOES 1 through 25, in their individual capacities,<br><br>　　　　　　Defendants. | Case No. 2:13-cv-0882 MCE AC (PC)<br><br>**UNOPPOSED STIPULATION AND [PROPOSED] ORDER EXCUSING PLAINTIFFS ACKLEY AND EVERETT FROM ATTENDING MAY 18, 2017 SETTLEMENT CONFERENCE**<br><br>Judge:　Hon. Morrison C. England, Jr.<br>　　　　　Hon. Allison Claire<br><br>Date Filed: May 6, 2013<br><br>Trial Date: None Set |

UNOPPOSED STIPULATION AND [PROPOSED] ORDER EXCUSING PLAINTIFFS ACKLEY AND
EVERETT FROM ATTENDING MAY 18, 2017 SETTLEMENT CONFERENCE
Case No. 2:13-cv-0882 MCE AC (PC)

1160620.01

| | |
|---|---|
| 1 | WHEREAS, the above matter was referred to United States Magistrate Judge Allison Claire for settlement purposes; |
| 2 | |
| 3 | WHEREAS, Magistrate Judge Allison Claire set a mandatory settlement conference for May 18, 2017 at 9:00 a.m. in Courtroom 26 (AC), 8th Floor, United States District Court for the Eastern District of California, 501 I Street, Sacramento, CA 95814; |

WHEREAS, the above matter was referred to United States Magistrate Judge Allison Claire for settlement purposes;

WHEREAS, Magistrate Judge Allison Claire set a mandatory settlement conference for May 18, 2017 at 9:00 a.m. in Courtroom 26 (AC), 8th Floor, United States District Court for the Eastern District of California, 501 I Street, Sacramento, CA 95814;

WHEREAS, in the March 13, 2017 Order, Magistrate Judge Claire ordered that personal attendance is mandatory;

WHEREAS, a Plaintiff in this action, Michael Donald Ackley, Booking No. 2014-0006022, is confined at the Shasta County Jail, 1655 West Street, Redding, in the custody of the Warden;

WHEREAS, in light of Plaintiff Ackley's incarceration at the Shasta County Jail in Redding, California, transporting Plaintiff Ackley to appear at the settlement conference would cause significant hardship on Plaintiff as well as require expenditure of significant costs to facilitate that appearance;

WHEREAS, Plaintiff Ackley has provided his attorneys with settlement authority.

WHEREAS, a Plaintiff in this action, Glen Harold Everett, lives in Red Bluff and has Type II diabetes, muscular neuropathy, chronic back pain, degenerative disk disease, and bulging discs.

WHEREAS, in light of Plaintiff Everett's medical conditions his transportation and attendance at the settlement conference would cause Plaintiff Everett extreme pain.

WHEREAS, Plaintiff Everett has provided his attorneys with settlement authority.

WHEREAS, Defendants agreed to not oppose Plaintiffs' request for an order of the Court excusing Plaintiffs Ackley and Everett from attending the settlement conference;

THEREFORE, pursuant to Local Rule 143, Plaintiffs and Defendants, through counsel, hereby submit this stipulated request that the Court excuse Plaintiffs Ackley and Everett from appearing at the settlement conference scheduled for May 18, 2017 at 9:00 a.m. at Courtroom No.26, Eighth Floor, 501 I Street, Sacramento, CA 95814.

1
UNOPPOSED STIPULATION AND [PROPOSED] ORDER EXCUSING PLAINTIFFS ACKLEY AND EVERETT FROM ATTENDING MAY 18, 2017 SETTLEMENT CONFERENCE
Case No. 2:13-cv-0882 MCE AC (PC)

1160620.01

| | | |
|---|---|---|
| Dated: April 25, 2017 | | KEKER, VAN NEST & PETERS LLP<br>ATABEK & ASSOCIATES, P.C.<br>DISABILITY RIGHTS LEGAL CENTER |
| | By: | */s/ Taylor Gooch*<br>STEVEN P. RAGLAND<br>AJAY S. KRISHNAN<br>TAYLOR GOOCH |
| | | Attorneys for Plaintiffs<br>EVERETT JEWETT, LEGAL SERVICES FOR PRISONERS WITH CHILDREN, GLEN HAROLD EVERETT, MICHAEL DONALD ACKLEY, HAROLD ROBERT MARQUETTE |
| Dated: April 25, 2017 | | LAW OFFICES OF JEROME M. VARANINI |
| | By: | /s/ *Jerome Martin Varanini (as authorized on 4/24/2017)*<br>JEROME MARTIN VARANINI |
| | | Attorneys for Defendant<br>CALIFORNIA FORENSIC MEDICAL GROUP |
| Dated: April 25, 2017 | | BRICKWOOD LAW OFFICE |
| | By: | /s/ *Gary Charles Brickwood (as authorized on 4/24/2017)*<br>GARY CHARLES BRICKWOOD |
| | | Attorneys for Defendants<br>SHASTA COUNTY SHERIFF'S DEPARTMENT, TOM BOSENKO, AND SHASTA COUNTY |

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

2
UNOPPOSED STIPULATION AND [PROPOSED] ORDER EXCUSING PLAINTIFFS ACKLEY AND EVERETT FROM ATTENDING MAY 18, 2017 SETTLEMENT CONFERENCE
Case No. 2:13-cv-0882 MCE AC (PC)
1160620.01

1     **IT IS SO ORDERED**

2   Dated: April 27, 2017

3

                                         ALLISON CLAIRE
                                         UNITED STATES MAGISTRATE JUDGE

3

UNOPPOSED STIPULATION AND [PROPOSED] ORDER EXCUSING PLAINTIFFS ACKLEY AND EVERETT FROM ATTENDING MAY 18, 2017 SETTLEMENT CONFERENCE
Case No. 2:13-cv-0882 MCE AC (PC)

1160620.01