| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>STEVEN P. RAGLAND - # 221076<br>sragland@keker.com<br>AJAY S. KRISHNAN - # 222476<br>akrishnan@keker.com<br>TAYLOR GOOCH - # 294282<br>tgooch@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone: 415 391 5400 | LAW OFFICES OF JEROME VARANINI<br>JEROME MARTIN VARANINI - #58531<br>jvaranini@tsvlaw.com<br>641 Fulton Avenue, Suite 200<br>Sacramento, CA 95825<br>Telephone: 916-993-4868<br><br>Attorney for Defendant<br>CALIFORNIA FORENSIC MEDICAL<br>GROUP, INC. |
| ATABEK & ASSOCIATES, P.C.<br>JON A. ATABEK, ESQ. - # 269497<br>jatabek@atabeklaw.com<br>300 Spectrum Center Dr., Ste.400<br>Irvine, CA 92618<br>Telephone: 213 394 5943 | BRICKWOOD LAW OFFICE<br>Gary Charles Brickwood<br>office@brickwoodlaw.com<br>1135 Pine Street, Suite 210<br>Redding, CA 96001<br>Telephone: 530-245-1877 |
| DISABILITY RIGHTS LEGAL CENTER<br>MARONEL BARAJAS - #242044<br>maronel.barajas@drlcenter.org<br>ANNA RIVERA - # 239601<br>anna.rivera@drlcenter.org<br>350 S. Grand Avenue, Suite 1520<br>Los Angeles, CA 90071<br>Telephone: 213 736 1031 | Attorney for Defendants SHASTA<br>COUNTY SHERIFF'S DEPARTMENT,<br>TOM BOSENKO, in his official capacity,<br>and SHASTA COUNTY |

Attorneys for Plaintiffs
EVERETT JEWETT, LEGAL SERVICES FOR PRISONERS WITH CHILDREN, GLEN HAROLD EVERETT, MICHAEL DONALD ACKLEY, HAROLD ROBERT MARQUETTE

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERETT JEWETT, LEGAL SERVICES FOR PRISONERS WITH CHILDREN, GLEN HAROLD EVERETT, MICHAEL DONALD ACKLEY, HAROLD ROBERT MARQUETTE, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br>   v.<br><br>SHASTA COUNTY SHERIFF'S DEPARTMENT, a public entity; TOM BOSENKO, as Sheriff of the Shasta County; SHASTA COUNTY, a public entity; and CALIFORNIA FORENSIC MEDICAL GROUP, INC. a private entity; and DOES 1 through 25, in their individual capacities,<br><br>        Defendants. | Case No. 2:13-cv-0882 MCE AC (PC)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING CASE DEADLINES**<br><br>Judge: Hon. Allison Claire<br><br>Date Filed: May 6, 2013<br><br>Trial Date: None Set |

The parties, through their attorneys of record, stipulate and jointly request that the Court vacate the current case schedule and reset all dates for six months from the current dates for the following reasons:

1. The parties have previously filed, and been granted, three requests for an extension of discovery cut-off and dispositive motion deadline. The parties' prior requests for an extension of the discovery cut-off were granted on March 4, 2015, August 28, 2015, March 16, 2016, and February 3, 2017. Since the Court's February 3, 2017 order, the parties have engaged in written discovery and attended a settlement conference.
2. The parties are currently engaged in settlement negotiations and need additional time for these negotiations.
3. The parties hereby stipulate and jointly request the Court vacate the present discovery cut-off and deadlines for filing of dispositive motions contained in the February 3, 2017 Order.
4. The parties hereby stipulate and jointly request the Court set the following scheduling order:
   a. Fact discovery shall be completed by March 30, 2018. Motions to compel must be heard not later than March 16, 2018.
   b. Initial expert disclosures shall be made on or before April 30, 2018; rebuttal expert disclosures shall be made on or before May 18, 2018.
   c. All pretrial motions, except motions to compel discovery, shall be completed on or before June 30, 2018.
   d. The parties are ordered to file a Joint Notice of Trial Readiness not later than thirty (30) days after receiving the Court's ruling(s) on the last filed dispositive motion(s). If the parties do not intend to file dispositive motions, the parties are ordered to file a Joint Notice of Trial Readiness not later than thirty (30) days after the close of discovery and the notice must include statements of intent to forgo the filing of dispositive motions. After review of the parties' Joint Notice of Trial Readiness, the Court will issue an order that sets forth

1
JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING CASE DEADLINES
Case No. 2:13-cv-0882 MCE AC (PC)
1166757

|   |   |   |
|---|---|---|
| 1 | dates for a final pretrial conference and trial. | |
| 2 | e. Failure to comply with the terms of this order may result in the imposition of | |
| 3 | monetary and all other sanctions within the power of the court, including | |
| 4 | dismissal or an order of judgment. | |
| 5 | 5. The parties submit concurrently with this stipulation a proposed order for | |
| 6 | consideration by the Court. | |

Dated: May 24, 2017

KEKER, VAN NEST & PETERS LLP

By: *s/Taylor Gooch*
     TAYLOR GOOCH

STEVEN P. RAGLAND - # 221076
sragland@keker.com
AJAY S. KRISHNAN - # 222476
akrishnan@keker.com
TAYLOR GOOCH - # 294282
tgooch@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400

JON A. ATABEK, ESQ. - # 269497
ATABEK & ASSOCIATES, P.C.
jatabek@atabeklaw.com
300 Spectrum Center Dr., Ste.400
Irvine, CA 92618
Telephone:    213 394 5943

MARONEL BARAJAS - #242044
Maronel.Barajas@drlcenter.org
ANNA RIVERA - # 239601
DISABILITY RIGHTS LEGAL CENTER
Anna.Rivera@drlcenter.org
350 S. Grand Avenue, Suite 1520
Los Angeles, CA 90071
Telephone:    213 736 1031

Attorneys for Plaintiffs
EVERETT JEWETT, LEGAL SERVICES
FOR PRISONERS WITH CHILDREN, GLEN
HAROLD EVERETT, MICHAEL DONALD
ACKLEY, HAROLD ROBERT
MARQUETTE

Dated: May 24, 2017

LAW OFFICES OF JEROME M. VARANINI

By: *s/Jerome Martin Varanini* (as authorized on May 24, 2017)
JEROME MARTIN VARANINI
jvaranini@tsvlaw.com
641 Fulton Avenue, Suite 200
Sacramento, CA 95825

Attorney for Defendant
CALIFORNIA FORENSIC MEDICAL
GROUP, INC.

Dated: May 24, 2017

BRICKWOOD LAW OFFICE

By: *s/Gary Charles Brickwood* (as authorized on May 24, 2017)
GARY CHARLES BRICKWOOD
office@brickwoodlaw.com
1135 Pine Street, Suite 210
Redding, CA 96001
Telephone: 530 245 1877

Attorney for Defendants SHASTA COUNTY SHERIFF'S DEPARTMENT, TOM BOSENKO, AND SHASTA COUNTY

**[Proposed] ORDER**

On May 24, 2017 the parties, through their attorneys of record, filed a Joint Stipulation and proposed Order Extending Case Deadlines. Good cause appearing, the motion is granted.

Accordingly, IT IS HEREBY ORDERED:

1. The present discovery cut-off and deadlines for filing of dispositive motions contained in the February 3, 2017 Order are vacated.
2. Fact discovery shall be completed by March 30, 2018. Motions to compel must be heard not later than March 16, 2018.
3. Initial expert disclosures shall be made on or before April 30, 2018; rebuttal expert disclosures shall be made on or before May 18, 2018.
4. All pretrial motions, except motions to compel discovery, shall be completed on or before June 30, 2018.
5. The parties are ordered to file a Joint Notice of Trial Readiness not later than thirty (30) days after receiving the Court's ruling(s) on the last filed dispositive motion(s). If the parties do not intend to file dispositive motions, the parties are ordered to file a Joint Notice of Trial Readiness not later than thirty (30) days after the close of discovery and the notice must include statements of intent to forgo the filing of dispositive motions. After review of the parties' Joint Notice of Trial Readiness, the Court will issue an order that sets forth dates for a final pretrial conference and trial.
6. Failure to comply with the terms of this order may result in the imposition of monetary and all other sanctions within the power of the court, including dismissal or an order of judgment.

IT IS SO ORDERED.

DATED: May 25, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE