UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERETT JEWETT, | No. 2:13-cv-00882 MCE AC P |
| Plaintiff, | |
| v. | ORDER EXTENDING CASE DEADLINES |
| CALIFORNIA FORENSIC MEDICAL GROUP, INC., et al., | |
| Defendants. | |

Plaintiff and defendants have filed a Joint Stipulation and Proposed Order Extending Case Deadlines. ECF No. 121. In it, the parties request that the court vacate the current discovery cut-off and dispositive motion filing deadlines that are contained in its May 25, 2017 order (ECF No. 110) and reset all dates forward 120 days from the currently scheduled calendar dates. ECF No. 121 at 2.

In support of this request, the parties assert that the proposed modified schedule would enable them to seek additional discovery and complete other related tasks, as well as move forward with a revised deposition schedule that will timely accommodate witnesses who were previously unavailable. To date, it appears that the parties have been diligent in their efforts to resolve this case in as efficient a manner as possible given its complexity, and all have stipulated to and jointly request a resetting of the current dates. See id. at 1-4.

Therefore, good cause appearing, IT IS HEREBY ORDERED that:

1. The present discovery cut-off and deadlines for filing of dispositive motions contained in the May 25, 2017 order (ECF No. 110) are VACATED;
2. Fact discovery shall be completed by July 31, 2018. Motions to compel must be heard no later than July 13, 2018;
3. Initial expert disclosures shall be made on or before August 28, 2018, and rebuttal expert disclosures shall be made on or before September 17, 2018;
4. All pretrial motions, except motions to compel discovery, shall be completed on or before October 29, 2018;
5. The parties are ordered to file a Joint Notice of Trial Readiness no later than thirty (30) days after receiving the court's ruling(s) on the last filed dispositive motion(s). If the parties do not intend to file dispositive motions, the parties are ordered to file a Joint Notice of Trial Readiness no later than thirty (30) days after the close of discovery, and the notice must include statements of intent to forgo the filing of dispositive motions. After review of the parties' Joint Notice of Trial Readiness, the court will issue an order that sets forth dates for a final pretrial conference and trial, and
6. Failure to comply with the terms of this order may result in the imposition of monetary and all other sanctions within the power of the court, including dismissal or an order of judgment.

DATED: January 23, 2018

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2