KEKER, VAN NEST & PETERS LLP
STEVEN P. RAGLAND - # 221076
sragland@keker.com
AJAY S. KRISHNAN - # 222476
akrishnan@keker.com
TAYLOR GOOCH - # 294282
tgooch@keker.com
FRANCO MUZZIO - # 310618
fmuzzio@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400

DISABILITY RIGHTS LEGAL CENTER
MARONEL BARAJAS - #242044
maronel.barajas@drlcenter.org
ANNA RIVERA - # 239601
anna.rivera@drlcenter.org
MALLORY L. SEPLER-KING – #298262
mallory.sepler-king@drlcenter.org
350 S. Grand Avenue, Suite 1520
Los Angeles, CA 90071
Telephone: 213 736 1031

ATABEK & ASSOCIATES, P.C.
JON A. ATABEK, ESQ. - # 269497
jatabek@atabeklaw.com
300 Spectrum Center Dr., Ste.400
Irvine, CA 92618
Telephone: 213 394 5943

Attorneys for Plaintiffs
EVERETT JEWETT, LEGAL SERVICES
FOR PRISONERS WITH CHILDREN, GLEN
HAROLD EVERETT, MICHAEL DONALD
ACKLEY, HAROLD ROBERT MARQUETTE

BRICKWOOD LAW OFFICE
Gary Charles Brickwood
office@brickwoodlaw.com
1135 Pine Street, Suite 210
Redding, CA 96001
Telephone: 530-245-1877

Attorney for Defendants SHASTA
COUNTY SHERIFF'S DEPARTMENT,
TOM BOSENKO, in his official capacity,
and SHASTA COUNTY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERETT JEWETT, LEGAL SERVICES FOR PRISONERS WITH CHILDREN, GLEN HAROLD EVERETT, MICHAEL DONALD ACKLEY, HAROLD ROBERT MARQUETTE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>SHASTA COUNTY SHERIFF'S DEPARTMENT, a public entity; TOM BOSENKO, as Sheriff of the Shasta County; SHASTA COUNTY, a public entity; and CALIFORNIA FORENSIC MEDICAL GROUP, INC. a private entity; and DOES 1 through 25, in their individual capacities,<br><br>Defendants. | Case No. 2:13-cv-0882 MCE AC (PC)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING DEADLINES**<br><br>Judge: Hon. Allison Claire<br><br>Date Filed: May 6, 2013<br><br>Trial Date: |

2/

1 The parties, through their attorneys of record, stipulate and jointly request that the Court vacate the current briefing schedule per Local Rule 251(e) and reset all dates from the current dates for the following reasons:

1. Counsel for Shasta County and Everett Jewett met and conferred on February 14, 2017 regarding disagreements related to Shasta County's production of video evidence. The parties were unable to resolve their disagreements and determined that they were at an impasse.

2. Because the only relief Mr. Jewett seeks is the imposition of sanctions, Local Rule 251(e) applies.

3. The parties agreed that an extended briefing schedule was appropriate.

4. The parties hereby stipulate and jointly request the Court set the following agreed-upon briefing dates for Plaintiff's Rule 37 motion:

   a. February 21, 2018 – Mr. Jewett to file motion pursuant to FRCP 37(e);

   b. March 14, 2018 – Shasta County's Opposition due;

   c. March 21, 2018 – Mr. Jewett's Reply due; and,

   d. March 28, 2018 – Noticed Hearing date.

5. The Parties submit concurrently with this stipulation a proposed order for consideration by the Court.

Dated: February 21, 2018

KEKER, VAN NEST & PETERS LLP

By: */s/ Taylor Gooch*
STEVEN P. RAGLAND - # 221076
sragland@keker.com
AJAY S. KRISHNAN - # 222476
akrishnan@keker.com
TAYLOR GOOCH - # 294282
tgooch@keker.com
FRANCO MUZZIO - # 310618
fmuzzio@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400

Dated: February 21, 2018

BRICKWOOD LAW OFFICE

By: */s/ Gary Charles Brickwood*  (as authorized on February 20, 2018)
GARY CHARLES BRICKWOOD
office@brickwoodlaw.com
1135 Pine Street, Suite 210
Redding, CA 96001
Telephone:  530 245 1877

Attorney for Defendants SHASTA COUNTY SHERIFF'S DEPARTMENT, TOM BOSENKO, AND SHASTA COUNTY

MARONEL BARAJAS - #242044
Maronel.Barajas@drlcenter.org
ANNA RIVERA - # 239601
anna.rivera@drlcenter.org
MALLORY L. SEPLER-KING – #298262
mallory.sepler-king@drlcenter.org
DISABILITY RIGHTS LEGAL CENTER
Anna.Rivera@drlcenter.org
350 S. Grand Avenue, Suite 1520
Los Angeles, CA 90071
Telephone:    213 736 1031

JON A. ATABEK, ESQ. - # 269497
ATABEK & ASSOCIATES, P.C.
jatabek@atabeklaw.com
300 Spectrum Center Dr., Ste.400
Irvine, CA 92618
Telephone:    213 394 5943

Attorneys for Plaintiffs
EVERETT JEWETT, LEGAL SERVICES
FOR PRISONERS WITH CHILDREN, GLEN
HAROLD EVERETT, MICHAEL DONALD
ACKLEY, HAROLD ROBERT
MARQUETTE

**[PROPOSED] ORDER**

On February 21, 2018 the parties, through their attorneys of record, filed a Joint Stipulation and [proposed] Order Extending Briefing Deadlines. Good cause appearing, the motion is granted.

Accordingly, IT IS HEREBY ORDERED:

1. Plaintiff Everett Jewett will submit the Rule 37(e) motion on February 21, 2018;
2. Defendant Shasta County will submit its Opposition to Plaintiff's Rule 37(e) motion on March 14, 2018;
3. Plaintiff Everett Jewett's shall submit his Reply to the Rule 37(e) motion on March 21, 2018; and,
4. The noticed hearing on this matter will be heard on March 28, 2018.

**IT IS SO ORDERED.**

DATED: February 27, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE