| | |
|---|---|
| 1 | KEKER & VAN NEST LLP |
| | STEVEN P. RAGLAND - # 221076 |
| 2 | sragland@kvn.com |
| | AJAY S. KRISHNAN - # 222476 |
| 3 | akrishnan@kvn.com |
| | TAYLOR GOOCH - # 294282 |
| 4 | tgooch@kvn.com |
| | 633 Battery Street |
| 5 | San Francisco, CA 94111-1809 |
| | Telephone: 415 391 5400 |
| 6 | |
| | ATABEK & ASSOCIATES, P.C. |
| 7 | JON A. ATABEK, ESQ. - # 269497 |
| | jatabek@atabeklaw.com |
| 8 | 300 Spectrum Center Dr., Ste.400 |
| | Irvine, CA 92618 |
| 9 | Telephone: 213 394 5943 |
| 10 | DISABILITY RIGHTS LEGAL CENTER |
| | MARONEL BARAJAS - #242044 |
| 11 | maronel.barajas@drlcenter.org |
| | ANNA RIVERA - # 239601 |
| 12 | anna.rivera@drlcenter.org |
| | 350 S. Grand Avenue, Suite 1520 |
| 13 | Los Angeles, CA 90071 |
| | Telephone: 213 736 1031 |
| 14 | |
| | Attorneys for Plaintiffs |
| 15 | EVERETT JEWETT, LEGAL SERVICES FOR PRISONERS |
| | WITH CHILDREN, GLEN HAROLD EVERETT, MICHAEL |
| 16 | DONALD ACKLEY, HAROLD ROBERT MARQUETTE |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERETT JEWETT, LEGAL SERVICES FOR PRISONERS WITH CHILDREN, GLEN HAROLD EVERETT, MICHAEL DONALD ACKLEY, HAROLD ROBERT MARQUETTE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SHASTA COUNTY SHERIFF'S DEPARTMENT, a public entity; TOM BOSENKO, as Sheriff of the Shasta County; SHASTA COUNTY, a public entity; and CALIFORNIA FORENSIC MEDICAL GROUP, INC. a private entity; and DOES 1 through 25, in their individual capacities,<br><br>Defendants. | Case No. 2:13-cv-0882 MCE AC (PC)<br>**CLASS ACTION**<br><br>**ORDER (1) GRANTING PRELIMINARY APPROVAL OF SETTLEMENT; (2) GRANTING CERTIFICATION OF SETTLEMENT CLASS; (3) DIRECTING NOTICE TO THE CLASS; AND (4) SETTING DATE FOR FAIRNESS HEARING**<br><br>Date: February 22, 2018<br>Time: 2:00 p.m.<br>Dept.: Courtroom 7, 14th Floor<br>Judge: Hon. Morrison C. England, Jr.<br>Date Filed: May 6, 2013<br>Trial Date: None set |

# ORDER

The Parties have applied to the Court for an order preliminarily approving the settlement of this action in accord with the Settlement Agreement ("Agreement"), which sets forth the terms and conditions of a proposed settlement and dismissal of the class action with prejudice, with the Court retaining jurisdiction to enforce the Agreement throughout its term. Having read the papers submitted and carefully considered the arguments and relevant legal authority, and good cause appearing, the Court GRANTS Parties' Joint Motion for Preliminary Approval of Class Action Settlement.

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. On April 4, 2017, this Court granted Plaintiffs' Motion for Class Certification, certifying a class for declaratory and injunctive relief. Nothing in the class definition set forth in the Settlement Agreement has materially changed the certified class in any significant way that would impact the satisfaction of Federal Rules of Civil Procedure 23(a) and 23(b)(2) requirements. The Court finds, for purposes of settlement only, and conditioned upon the entry of this Order and the Final Judgment and Order Approving Settlement, that the requirements of Rule 23 of the Federal Rules of Civil Procedure are met by the Settlement Class: (a) joinder of all Settlement Class Members in a single proceeding would be impracticable, if not impossible, because of their numbers and dispersion; (b) there are questions of law and fact common to the Settlement Class; (c) Plaintiffs' claims are typical of the claims of the Settlement Class that they seek to represent for purposes of settlement; (d) Plaintiffs have fairly and adequately represented the interests of the Settlement Class and will continue to do so; (e) Plaintiffs and the Settlement Class are represented by qualified, reputable counsel who are experienced in preparing and prosecuting class actions, including those involving the sort of practices alleged in the Fifth Amended Complaint; and (f) Defendants acted or refused to act on grounds that apply to the Settlement Class, so that final declaratory and injunctive relief is appropriate to the Settlement

Class. Accordingly, the Court hereby certifies the proposed settlement class pursuant to Federal Rules of Civil Procedure 23(b)(2), and appoints Class Representatives Everett Jewett, Glen Harold Everett, Michael Donald Ackley, and Legal Services for Prisoners with Children and their counsel as representatives of the Settlement Class.

2. The Court hereby preliminarily approves the Settlement Agreement. The Court finds on a preliminary basis that the Settlement Agreement is fair, adequate and reasonable to all potential Class Members. It further appears that extensive evaluation of the merits has been conducted such that Counsel for the Parties are able to reasonably evaluate their respective positions. It also appears to the Court that settlement at this time will avoid substantial additional costs to all Parties, as well as avoid the delay and the risks presented by further prosecution of issues either in the current or separate litigation proceedings which are addressed by the Agreement. It further appears that the Agreement has been reached as the result of good faith, prolonged, serious, and non-collusive arms-length negotiations, including several mediation sessions supervised by Magistrate Judge Allison Claire.

3. The Court hereby approves, as to form and content, the proposed Notice, attached as Exhibit A to the Agreement. The Court finds that the distribution of the Notice in the manner and form set forth in the Agreement meets the requirements of due process and Federal Rules of Civil Procedure 23(c)(2) and 23(e). This Notice is the best practicable under the circumstances, and shall constitute due and sufficient notice to all persons entitled thereto. The Parties shall submit declarations to the Court as part of their Motion for Final Approval of the Class Action Settlement confirming compliance with the notice provisions of the Agreement.

4. A hearing on final approval of the Agreement shall be held before the Court on a date to be set by the Court to determine all necessary matters concerning the Agreement, including whether the proposed Settlement Agreement's terms and conditions are fair, adequate,

2
ORDER
Case No. 2:13-cv-0882 MCE AC (PC)

and reasonable, and whether the Settlement Agreement should receive final approval by the Court, as well as to rule on Class Counsel's motion requesting an award of reasonable attorneys' fees, costs and expenses.

Objections by Class Members may be submitted to Class Counsel no later than thirty (30) calendar days after notice has begun. Any Settlement Class Member who wishes to object to the proposed Settlement Agreement may serve on Class Counsel a written statement or telephonic statement of objection no later than thirty (30) calendar days after notice has begun (the "Objection Deadline"). Such statement should include: (a) the objector's contact information (full name and address. And, if available, phone number, email, and inmate number); (b) a statement of the Class Member's objections; (c) a statement of his or her membership in the Settlement Class, and (d) a statement whether he or she intends to appear at the Fairness Hearing.

5. Any Class Member who wishes to object to the proposed Settlement Agreement may also present objections at the Fairness Hearing.

6. The procedures and requirements for filing objections in connection with the Fairness Hearing are intended to ensure the efficient administration of justice and the orderly presentation of any Settlement Class Members' objection to the Settlement Agreement, in accordance with the due process rights of all Settlement Class Members.

7. Class Counsel shall provide copies of any objections to Defendants' counsel within fourteen (14) court days of receipt. Class Counsel shall also file any objections with the Court at such time as they file their Summary of Objections.

8. Pending the Fairness Hearing, all class proceedings in this Action, other than proceedings necessary to carry out and enforce the terms and conditions of the Settlement Agreement and this Order, are hereby stayed. Additionally, the Court enjoins all Settlement Class Members from asserting or maintaining any claims to be released by the Settlement Agreement

until the date of the Fairness Hearing.

9. In accordance with the above, the Court adopts the following schedule:

   a. Within three (3) business days after entry of the Order Granting Preliminary Approval, Notice in the form of Exhibit A to the Settlement Agreement shall be posted on Class Counsels' websites, and the Shasta County's official website; and prominently posted in all Jail facilities operated by Defendants, including, but not limited to, all day rooms, the out-patient medical pod, all visitation rooms, and the visitor waiting room. The notice shall remain posted for 30 days.

   b. Each Class Member shall be given a full opportunity to object to the proposed Settlement and Class Counsel's request for an award of reasonable attorneys' fees, costs and expenses. Any Class Member seeking to object to the proposed Settlement may submit an objection to Class Counsel in writing, via regular or electronic mail, or by leaving a message with their objection via telephone, on a toll free number established by Class Counsel.

   c. Fourteen (14) days prior to the objection deadline, Plaintiffs shall file a Motion for an Award of Reasonable Attorneys' Fees, Costs, and Expenses. The hearing on that Motion shall be concurrent with the Fairness Hearing.

   d. Twenty (20) days after Plaintiffs file a Motion for an Award of Reasonable Attorneys' Fees, Costs, and Expenses Defendants shall file an opposition to the aforementioned motion.

   e. Ten (10) days after Defendants file an opposition to Plaintiffs' Motion for an Award of Reasonable Attorneys' Fees, Costs, and Expenses Plaintiffs

shall file a reply to the aforementioned opposition.

  f. The Parties shall file a Summary of Objections and Responses with the Court, if any, no later than fifty (50) days after the date of the posting of the Class Notice.

  g. The Parties shall file a Joint Motion for Final Approval and respond to objections, if any, no later than two (2) days prior to the Fairness Hearing. All parties shall file statements of compliance with notice requirements.

  h. The Fairness Hearing shall be held on June 28, 2018 at 2 P.M. o'clock in Courtroom 7, Robert T. Matsui United States Courthouse, 501 I Street Sacramento, CA 95814.

10. In the event the Court does not grant final approval of the Settlement Agreement, or for any reason the Parties fail to obtain a Final Judgment and Order Approving Settlement as contemplated by the Settlement Agreement, or the Settlement Agreement is terminated pursuant to its terms for any reason or the Effective Date does not occur for any reason, then the Settlement Agreement and all orders and findings entered in connection with the Settlement Agreement and the Settlement shall become null and void and be of no further force and effect whatsoever, shall not be used or referred to for any purpose whatsoever, and shall not be admissible or discoverable in this or any other proceeding.

This Order shall not be construed or used as an admission, concession, or declaration by or against the Defendants of any fault, wrongdoing, breach, or liability, and shall not be deemed to be a stipulation as to the propriety of class certification, or any admission of fact or law regarding any request for class certification, in any other action or proceeding, whether or not involving the same or similar claims. Nor shall this Order be construed or used as an admission, concession, or declaration by or against Plaintiffs or the other Settlement Class Members that

their claims lack merit or that the relief requested is inappropriate, improper, or unavailable, or as a waiver by any Party of any defenses or claims he, she, or it may have in the Action or in any other proceeding.

IT IS SO ORDERED.

Dated: March 20, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE