KEKER, VAN NEST & PETERS LLP
STEVEN P. RAGLAND - # 221076
sragland@keker.com
AJAY S. KRISHNAN - # 222476
akrishnan@keker.com
TAYLOR GOOCH - # 294282
tgooch@keker.com
FRANCO MUZZIO - # 310618
fmuzzio@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:      415 391 5400

DISABILITY RIGHTS LEGAL CENTER
MARONEL BARAJAS - #242044
maronel.barajas@drlcenter.org
ANNA RIVERA - # 239601
anna.rivera@drlcenter.org
MALLORY L. SEPLER-KING – #298262
mallory.sepler-king@drlcenter.org
350 S. Grand Avenue, Suite 1520
Los Angeles, CA 90071
Telephone:      213 736 1031

ATABEK & ASSOCIATES, P.C.
JON A. ATABEK, ESQ. - # 269497
jatabek@atabeklaw.com
16330 Bake Parkway
Irvine, CA 92618
Telephone:      213 394 5943

Attorneys for Plaintiffs
EVERETT JEWETT, LEGAL SERVICES FOR PRISONERS WITH CHILDREN, GLEN HAROLD EVERETT, MICHAEL DONALD ACKLEY, HAROLD ROBERT MARQUETTE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERETT JEWETT, LEGAL SERVICES FOR PRISONERS WITH CHILDREN, GLEN HAROLD EVERETT, MICHAEL DONALD ACKLEY, HAROLD ROBERT MARQUETTE, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br>  v.<br><br>SHASTA COUNTY SHERIFF'S DEPARTMENT, a public entity; TOM BOSENKO, as Sheriff of the Shasta County; SHASTA COUNTY, a public entity; and CALIFORNIA FORENSIC MEDICAL GROUP, INC. a private entity; and DOES 1 through 25, in their individual capacities,<br><br>    Defendants. | Case No. 2:13-cv-0882 MCE AC (PC)<br><br>**CORRECTED PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR AWARD OF REASONABLE ATTORNEYS' FEES AND EXPENSES**<br><br>Date:  June 28, 2018<br>Time:  2:00 p.m.<br>Dept.:  Courtroom 7, 14th Floor<br>Judge:  Hon. Morrison C. England<br><br>Date Filed: May 6, 2013<br>Trial Date: Not yet assigned |

CORRECTED PLAINTIFFS' NOTICE OF MOTION AND MOTION
FOR AWARD OF REASONABLE ATTORNEYS' FEES AND EXPENSES
CASE NO. 2:13-CV-0882 MCE AC (PC)

1230793

## NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE that on June 28, 2018 at 2:00 p.m. or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Morrison C. England, United States District Judge, Eastern District of California, located at the Robert Matsui United States Courthouse, 501 I Street, Sacramento, California 95814, Courtroom 7, 14th Floor, Plaintiffs Everett Jewett, Legal Services For Prisoners with Children, Glen Harold Everett, and Michael Donald Ackley (hereafter "Plaintiffs") move the Court for an order awarding Plaintiff's counsel reasonable attorneys' fees, expenses, and out-of-pocket expenses costs as the prevailing parties in this matter pursuant to Federal Rules of Civil Procedure 23(h); Titles II and III of the Americans with Disabilities Act of 1990 ("ADA"), Section 504 of the rehabilitation Act of 1973 ("Section 504"), and California Government Code § 11135, *et seq.* and § 4450, *et seq.*.

In this Motion, Plaintiffs seek an award of reasonable attorneys' fees based on a lodestar of $1,185,503.10, through March 31, 2018, for work related to the prosecution and settlement of this class action ("merits lodestar") (to be supplemented on reply for additional time spent on finalizing the settlement since March 31, 2018). Plaintiffs' request for attorneys' fees for this work is reasonable under the lodestar method, and reflects the quality, quantity and efficacy of the work performed, the complexity and difficulty of this case, and the reasonable billing rates of counsel. Plaintiffs request that this lodestar be adjusted upward by a multiplier of 1.5 ($592,751.55) based on their entitlement under California law to an upward enhancement based on the excellent results obtained, and the high level of contingent risk. The total amount Plaintiffs seek for both the lodestar and the 1.5 multiplier is $1,778,254.65.

Plaintiffs also seek an award of litigation expenses and costs pursuant to the ADA in the amount of $49,358.69. As part of their reply on this Motion, Plaintiffs will also supplement their expenses and costs related to the merits that have been expended since March 31, 2018.

Plaintiffs further seek an award of attorneys' fees, costs, and expenses for preparation of this Motion in the amount of $82,648.89 for time expended through March 31, 2018 ("fees lodestar"), and attendant expenses and costs related to this Motion (to be supplemented on reply to account for additional time and costs that Plaintiffs are accruing and will continue to accrue

1

CORRECTED PLAINTIFFS' NOTICE OF MOTION AND MOTION
FOR AWARD OF REASONABLE ATTORNEYS' FEES AND EXPENSES
Case No. 2:13-cv-0882 MCE AC (PC)

1230793

after March 31, 2018.

In addition, Plaintiffs seek an award of any post-judgment interest that accrues from the date that the Court issues an order granting Plaintiffs' motion until the date that Defendants' pay Plaintiffs such attorneys' fees, expenses, and costs in full, pursuant to 28 U.S.C. § 1961(a).

This Motion is based on this Notice of Motion and Motion; the Memorandum of Points and Authorities in Support of the Motion; the supporting Declarations of Richard Pearl, Steven P. Ragland, Maronel Barajas, Jon Atabek, Michael Borges, Everett Jewett, Sid Wolinsky, and Kelly Knapp; the exhibits thereto; the Settlement Agreement and Release; all papers, pleadings, and orders on file in this action; and such other oral and documentary evidence as may come before the Court upon the hearing of this matter.

Dated:  April 12, 2018

KEKER, VAN NEST & PETERS LLP
DISABILITY RIGHTS LEGAL CENTER
ATABEK & ASSOCIATES, P.C.

By: */s/ Steven P. Ragland*
STEVEN P. RAGLAND
AJAY S. KRISHNAN
TAYLOR GOOCH
FRANCO MUZZIO

DISABILITY RIGHTS LEGAL CENTER
MARONEL BARAJAS - #242044
maronel.barajas@drlcenter.org
ANNA RIVERA - # 239601
anna.rivera@drlcenter.org
MALLORY L. SEPLER-KING – #298262
mallory.sepler-king@drlcenter.org
350 S. Grand Avenue, Suite 1520
Los Angeles, CA 90071
Telephone:    213 736 1031

ATABEK & ASSOCIATES, P.C.
JON A. ATABEK, ESQ. - # 269497
jatabek@atabeklaw.com
16330 Bake Parkway
Irvine, CA 92618
Telephone:    213 394 5943

Attorneys for Plaintiffs
EVERETT JEWETT, LEGAL SERVICES FOR PRISONERS WITH CHILDREN, GLEN HAROLD EVERETT, MICHAEL DONALD ACKLEY, HAROLD ROBERT MARQUETTE

2
CORRECTED PLAINTIFFS' NOTICE OF MOTION AND MOTION
FOR AWARD OF REASONABLE ATTORNEYS' FEES AND EXPENSES
Case No. 2:13-cv-0882 MCE AC (PC)

1230793