**GARY BRICKWOOD (SBN 94892)**
**BRICKWOOD LAW OFFICE**
1135 Pine St., Suite 210
Redding, CA 96001
Tel (530) 245-1877
Fax (530) 245-1879

Attorneys for Defendants
SHASTA COUNTY SHERIFF'S DEPARTMENT,
TOM BOSENKO, as Sheriff of Shasta County and SHASTA COUNTY

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERETT JEWETT, et al. | Case No.: 2:13-cv-00882 MCE AC P |
| Plaintiff, | **ORDER TO CONDUCT SETTLEMENT CONFERENCE** |
| vs. | |
| CALIFORNIA FORENSIC MEDICAL GROUP, INC., et al. | |
| Defendants. | |

The Court has considered the ex parte request by Mr. Brickwood on behalf of Shasta County which recites the joinder in the request by attorneys for individual plaintiff Everett Jewett and counsel for California Forensic Medical Group for the purpose of conducting a settlement conference before Magistrate Judge Kendall J. Newman.

The request appears appropriate and the Court orders that Judge Newman is appointed to conduct a settlement conference at a time available to Judge Newman. The parties are directed to contact Judge Newman's department directly for the purpose of scheduling a settlement conference in his department. The Court will rely on Judge Newman to determine whether it is necessary for the Plaintiff Everett Jewett who is in custody to be transported to Sacramento for purposes of participating in the settlement conference or whether Mr. Jewett's participation by

video conference or by telephone will be sufficient for purposes of the settlement conference. The Court invites plaintiff's counsel to inform Judge Newman of their preference regarding Mr. Jewett's participation in the settlement conference.

IT IS SO ORDERED.

Dated: July 17, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE