1  KEKER, VAN NEST & PETERS LLP
   STEVEN P. RAGLAND - # 221076
2  sragland@keker.com
   AJAY S. KRISHNAN - # 222476
3  akrishnan@keker.com
   TAYLOR GOOCH - # 294282
4  tgooch@keker.com
   FRANCO MUZZIO - # 310618
5  fmuzzio@keker.com
   633 Battery Street
6  San Francisco, CA 94111-1809
   Telephone:    415 391 5400
7  DISABILITY RIGHTS LEGAL CENTER
   MARONEL BARAJAS - #242044
8  maronel.barajas@drlcenter.org
   ANNA RIVERA - # 239601
9  anna.rivera@drlcenter.org
   MALLORY L. SEPLER-KING - #298262
10 mallory.sepler-king@drlcenter.org
   350 S. Grand Avenue, Suite 1520
11 Los Angeles, CA 90071
   Telephone:    213 736 1031
12 ATABEK & ASSOCIATES, P.C.
   JON A. ATABEK, ESQ. - # 269497
13 jatabek@atabeklaw.com
   300 Spectrum Center Dr., Ste.400
14 Irvine, CA 92618
   Telephone:    213 394 5943
15
   Attorneys for Plaintiffs
16 EVERETT JEWETT, LEGAL SERVICES FOR
   PRISONERS WITH CHILDREN, GLEN
17 HAROLD EVERETT, MICHAEL DONALD
   ACKLEY, HAROLD ROBERT MARQUETTE

LAW OFFICES OF JEROME VARANINI
JEROME MARTIN VARANINI - #58531
jvaranini@tsvlaw.com
641 Fulton Avenue, Suite 200
Sacramento, CA 95825
Telephone:    916-993-4868
Attorney for Defendant
CALIFORNIA FORENSIC MEDICAL
GROUP, INC.

BRICKWOOD LAW OFFICE
GARY CHARLES BRICKWOOD
office@brickwoodlaw.com
1135 Pine Street, Suite 210
Redding, CA 96001
Telephone:    530-245-1877
Attorney for Defendants SHASTA COUNTY
SHERIFF'S DEPARTMENT, TOM
BOSENKO, in his official capacity, and
SHASTA COUNTY

18

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

19

20 EVERETT JEWETT, LEGAL SERVICES
   FOR PRISONERS WITH CHILDREN, GLEN
   HAROLD EVERETT, MICHAEL DONALD
21 ACKLEY, HAROLD ROBERT
   MARQUETTE, on behalf of themselves and all
22 others similarly situated,

                    Plaintiffs,
23
              v.
24 SHASTA COUNTY SHERIFF'S
   DEPARTMENT, a public entity; TOM
25 BOSENKO, as Sheriff of the Shasta County;
   SHASTA COUNTY, a public entity; and
26 CALIFORNIA FORENSIC MEDICAL
   GROUP, INC. a private entity; and DOES 1
27 through 25, in their individual capacities,

                    Defendants.
28

Case No. 2:13-cv-0882 MCE AC (PC)

**JOINT STIPULATION AND
[PROPOSED] ORDER EXTENDING
CASE DEADLINES**

Judge:        Hon. Allison Claire

Date Filed:  May 6, 2013

Trial Date:  Not set

The parties, through their attorneys of record, stipulate and jointly request that the Court vacate the current case schedule and reset all dates, as described below, for the following reasons:

1. The parties are currently engaged in settlement negotiations and need additional time to complete these negotiations. On July 19, 2018, the Court ordered that Judge Newman be appointed to conduct a settlement conference. A settlement conference has been scheduled in front of Judge Newman for December 5, 2018.

2. The parties have previously filed, and been granted, seven requests for an extension of the discovery cut-off and dispositive motion deadline. The parties' prior requests for an extension of the discovery cut-off were granted on March 5, 2015, August 31, 2015, March 16, 2016, October 20, 2016, February 3, 2017, May 25, 2017 and January 23, 2018. Since the Court's January 23, 2018 order, the parties have briefed a discovery sanctions motion against Shasta County, a joint motion for final approval of class settlement, and a fees motion for the class claims in this case. The parties have also engaged in written discovery and conducted depositions.

3. Two depositions remain to be taken in this case: Sgt. Joseph Danis and Captain Janet Breshears (retired). However, due to ongoing fires in Shasta County these depositions cannot be completed at this time. The parties have agreed to hold open fact discovery for the sole purpose of completing these two depositions at a date and time to be mutually agreed to by the parties.

4. The parties hereby stipulate and jointly request the Court vacate the present discovery cut-off and deadlines for filing of dispositive motions contained in the January 23, 2018 order.

5. The parties hereby stipulate and jointly request the Court set the following scheduling order:

    a. The depositions of Sgt. Joseph Danis and Captain Janet Breshears may be taken at a date and time to be mutually agreed to by the parties, notwithstanding the close of fact discovery on July 31, 2018.

    b. A case management conference shall be held in front of Judge Claire on

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING CASE DEADLINES
Case No. 2:13-cv-0882 MCE AC (PC)

1290933

December 19, 2018 at 10am.

6. The parties submit concurrently with this stipulation a proposed order for consideration by the Court.

Dated:  August 8, 2018

KEKER, VAN NEST & PETERS LLP

By:  *s/Taylor Gooch*
    TAYLOR GOOCH
STEVEN P. RAGLAND - # 221076
sragland@keker.com
AJAY S. KRISHNAN - # 222476
akrishnan@keker.com
TAYLOR GOOCH - # 294282
tgooch@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400

DISABILITY RIGHTS LEGAL CENTER
MARONEL BARAJAS - #242044
Maronel.Barajas@drlcenter.org
ANNA RIVERA - # 239601
Anna.Rivera@drlcenter.org
MALLORY L. SEPLER-KING - #298262
mallory.sepler-king@drlcenter.org
350 S. Grand Avenue, Suite 1520
Los Angeles, CA 90071
Telephone:    213 736 1031

JON A. ATABEK, ESQ. - # 269497
ATABEK & ASSOCIATES, P.C.
jatabek@atabeklaw.com
300 Spectrum Center Dr., Ste.400
Irvine, CA 92618
Telephone:    213 394 5943

Attorneys for Plaintiffs
EVERETT JEWETT, LEGAL SERVICES
FOR PRISONERS WITH CHILDREN,
GLEN HAROLD EVERETT, MICHAEL
DONALD ACKLEY, HAROLD ROBERT
MARQUETTE

Dated:  August 8, 2018

LAW OFFICES OF JEROME M.
VARANINI

By:  *s/Jerome Martin Varanini* (as authorized
on August _2, 2018)
JEROME MARTIN VARANINI
jvaranini@tsvlaw.com
641 Fulton Avenue, Suite 200
Sacramento, CA 95825

Attorney for Defendant
CALIFORNIA FORENSIC MEDICAL
GROUP, INC.

Dated:  August 8, 2018

BRICKWOOD LAW OFFICE

By:  *s/Gary Charles Brickwood*  (as
authorized on August 8, 2018)
GARY CHARLES BRICKWOOD
office@brickwoodlaw.com
1135 Pine Street, Suite 210
Redding, CA 96001
Telephone:  530 245 1877

Attorney for Defendants SHASTA COUNTY
SHERIFF'S DEPARTMENT, TOM
BOSENKO, AND SHASTA COUNTY

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING CASE DEADLINES
Case No. 2:13-cv-0882 MCE AC (PC)

1290933

# [Proposed] ORDER

On August 8, 2018 the parties, through their attorneys of record, filed a Joint Stipulation and [Proposed] Order Extending Case Deadlines.  Good cause appearing, the motion is granted.

Accordingly, IT IS HEREBY ORDERED:

1.  The present discovery cut-off and deadlines for filing of dispositive motions contained in the January 23, 2018 Order are VACATED.

2.  The depositions of Sgt. Joseph Danis and Captain Janet Breshears may be taken at a date and time to be mutually agreed to by the parties, notwithstanding the close of fact discovery on July 31, 2018.

3.  A case management conference shall be held in front of Judge Claire on December 19, 2018 at 10am.


IT IS SO ORDERED.


DATED: August 23, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1290933