# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

EVERETT JEWETT,
      Plaintiff,

vs.

No. 2:13-cv-0882 MCE AC P

SHASTA COUNTY SHERIFF'S
DEPARTMENT, et al.,
      Defendants.

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

/

    Everett Jewett, inmate AV-3189, a necessary and material witness in proceedings in this case on December 5, 2018, is confined in California Medical Facility, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Kendall J. Newman, to appear by telephonic-conferencing at California Medical Facility, December 5, 2018, at 9:00 a.m.

    ACCORDINGLY, IT IS ORDERED that:

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by telephonic-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

    3. The court will contact California Medical Facility with the call-in number and instructions.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden, California Medical Facility, P.O. Box 2000, Vacaville, CA 95696-2237:**

    **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: August 23, 2018

_\[signature\]_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE