**GARY BRICKWOOD (SBN 94892)**
**BRICKWOOD LAW OFFICE**
1135 Pine St., Suite 210
Redding, CA 96001
Tel (530) 245-1877
Fax (530) 245-1879

Attorneys for Defendants
SHASTA COUNTY SHERIFF'S DEPARTMENT,
TOM BOSENKO, as Sheriff of Shasta County and SHASTA COUNTY

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERETT JEWETT, et al. | Case No.: 2:13-cv-00882 MCE AC P |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| CALIFORNIA FORENSIC MEDICAL GROUP, INC., et al. | |
| Defendants. | |

The Court has considered the Joint Request for Dismissal of the individual damage claims by Plaintiff Everett Joseph Jewett against all Defendants, the Request for Dismissal appears in order and therefore,

THE COURT ORDERS that the individual damage claims brought by Plaintiff Everett Joseph Jewett against all Defendants are dismissed with prejudice. The Clerk of the Court is directed to close this case, but, as set forth in the Court's prior order (ECF No. 161) the Court nonetheless reserves exclusive and continuing jurisdiction over Plaintiffs, the Settlement Class members, the County Defendants, CFMG and the Settlement Agreement throughout the term of the Settlement Agreement, for the sole purpose of supervising the implementation, enforcement, construction, and interpretation of the Settlement Agreement and this Order. In that regard, any

ORDER OF DISMISSAL
1

challenges to the Settlement Agreement's terms or implementation, whether under state or federal law, shall be subject to the exclusive and continuing jurisdiction of this Court.

IT IS SO ORDERED.

Dated: January 22, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE